1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, | Case No.: 2:21-cv-05269-SSS-RAOx |
| Plaintiff, | |
| v. | *Hon. Sunshine S. Sykes* |
| ESA P PORTFOLIO OPERATING LESSEE LLC, a Delaware limited liability company; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| Defendants. | Action Filed: June 29, 2021<br>Trial Date:    Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant ESA P Portfolio Operating Lessee LLC, a Delaware limited liability company, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 23, 2023

_____
Hon. Sunshine S. Sykes
United States District Judge